**RIMAC MARTIN, P.C.**
Anna M. Martin– CSBN 154279
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, CA  94115
Telephone:  (415) 561-8440
Facsimile:   (415) 561-8430

*Attorneys for Defendant*
LIFE INSURANCE COMPANY OF
NORTH AMERICA


**KANTOR & KANTOR, LLP**
GLENN R. KANTOR – CSBN 122643
Gkantor@kantorlaw.net
ALAN E. KASSAN – CSBN 113864
akassan@kantorlaw.net
MITCHELL O. HEFTER – CSBN 291985
mhefter@kantorlaw.net
19839 Nordoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff
JACQUES ASLAN

# UNITED STATES DISTRICT COURT

## NORTH DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUES ASLAN,<br><br>        Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>        Defendant. | Case No.  3:16-cv-00576-EMC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA may have additional time within which to answer or otherwise respond to Plaintiff's complaint.

1

Therefore, the last day for Defendant to answer or otherwise respond to Plaintiff's complaint shall be April 6, 2016.  Good cause exists as attorney for Defendant was recently assigned this matter and requires additional time to review information in order to properly respond to the complaint.

This document is being electronically filed through the Court's ECF System.  In this regard, counsel for Defendant hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiff has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

**RIMAC MARTIN, P.C.**

DATED: March 9, 2016         By:    /s/ Anna M. Martin
                                            ANNA M. MARTIN
                                            Attorneys for Defendant
                                            LIFE INSURANCE COMPANY OF
                                            NORTH AMERICA


DATED:  March 9, 2016        By:   /s/ Glenn R. Kantor
                                            GLENN R. KANTOR
                                            Attorneys for Plaintiff
                                            JACQUES ASLAN

**IT IS SO ORDERED:**



_____
UNITED STATES DISTRICT JUDGE

2

**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER**
CASE NO. 3:16-cv-00576-EMC

# CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 1051 Divisadero Street, San Francisco, California 94115.

On March 9, 2016, the following document is being filed electronically and will be available for viewing and downloading from the Court's CM/ECF system:

**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER**

The Notice of Electronic Case Filing Automatically generated by the system and sent to all parties entitled to service under the Federal Rules of Civil Procedure and the Local Rules of the United States District Court, Central District of California who have consented to electronic service shall constitute service of the filed document to all such parties.

**KANTOR & KANTOR, LLP**
GLENN R. KANTOR – CSBN 122643
Gkantor@kantorlaw.net
ALAN E. KASSAN – CSBN 113864
akassan@kantorlaw.net
MITCHELL O. HEFTER – CSBN 291985
mhefter@kantorlaw.net
19839 Nordoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272
Attorneys for Plaintiff
Jacques Aslan

Executed on March 9, 2016 at San Francisco, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

| Arpi Balian | *Arpi Balian* |
|---|---|
| (Type or print name) | (Signature) |

3

**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER**
CASE NO. 3:16-cv-00576-EMC