**RIMAC MARTIN, P.C.**
Anna M. Martin– CSBN 154279
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, CA  94115
Telephone:  (415) 561-8440
Facsimile:   (415) 561-8430

*Attorneys for Defendant*
LIFE INSURANCE COMPANY OF
NORTH AMERICA


**KANTOR & KANTOR, LLP**
GLENN R. KANTOR – CSBN 122643
Gkantor@kantorlaw.net
ALAN E. KASSAN – CSBN 113864
akassan@kantorlaw.net
MITCHELL O. HEFTER – CSBN 291985
mhefter@kantorlaw.net
19839 Nordoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff
JACQUES ASLAN

# UNITED STATES DISTRICT COURT

## NORTH DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUES ASLAN, | Case No.  3:16-cv-00576-EMC |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER** |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | **SECOND REQUEST** |
| Defendant. | |

     IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA may have one additional week within which to answer or otherwise respond to Plaintiff's

1

**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER**
CASE NO. 3:16-cv-00576-EMC

complaint.  Therefore, the last day for Defendant to answer or otherwise respond to Plaintiff's complaint shall be April 13, 2016.  Good cause exists as attorney for Defendant has been diligently working on depositions in an out of state and requires additional time to review documents and other information in order to properly respond to the complaint.  This extension will not impact any deadlines set by this Court.

This document is being electronically filed through the Court's ECF System.  In this regard, counsel for Defendant hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiff has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

Respectfully submitted,

**RIMAC MARTIN, P.C.**

DATED: April 4, 2016          By:     /s/ Anna M. Martin
                                      ANNA M. MARTIN
                                      Attorneys for Defendant
                                      LIFE INSURANCE COMPANY OF
                                      NORTH AMERICA


DATED:  April 4, 2016         By:    /s/ Glenn R. Kantor
                                      GLENN R. KANTOR
                                      Attorneys for Plaintiff
                                      JACQUES ASLAN

**IT IS SO ORDERED:**

_____
EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE



2

**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER**
CASE NO. 3:16-cv-00576-EMC