Glenn R. Kantor - SBN 122643
gkantor@kantorlaw.net
Alan E. Kassan – SBN 113864
akassan@kantorlaw.net
Mitchell O. Hefter - SBN 291985
mhefter@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile:  (818) 350-6272

Attorneys for Plaintiff, Jacques Aslan

**RIMAC MARTIN, P.C.**
ANNA M. MARTIN – State Bar No. 154279
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, CA  94115
Telephone:  (415) 561-8440
Facsimile:   (415) 561-8430

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUES ASLAN,<br><br>             Plaintiff,<br><br>     vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>             Defendant. | CASE NO:  3:16-cv-00576-EMC<br><br>Judge: Hon. Edward M. Chen<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND ADR COMPLETION DATE BY THIRTY DAYS**<br><br>**Current ADR deadline: August 5, 2016** |

The parties seek a 30-day extension of the Court's August 5, 2016 ADR deadline because scheduling conflicts have made meeting that deadline impossible.  The parties have been engaged in active discussions since submission of the Joint Rule 26(f) Report, but scheduling conflicts for both attorneys and clients eliminated all available dates for the selected mediator.

///

///

1

**STIPULATION TO EXTEND ADR DEADLINE BY THIRTY DAYS**

The first mutually agreeable time for all parties is August 30, 2016, and mediation has been set for that date.

Dated: July 21, 2016							KANTOR & KANTOR LLP


							By:   /S/ Mitchell O. Hefter
							        Glenn R. Kantor
							        Alan E. Kassan
							        Mitchell O. Hefter
							        Attorneys for Plaintiff
							        Jacques Aslan

Dated: July 21, 2016							RIMAC MARTIN, P.C.


							By:   /S/ Anna M. Martin
							        Anna M. Martin
							        Attorneys for Defendant
							        Life Insurance Company of North
							        America

After considering the stipulation of the Parties, and for good cause shown, IT IS HEREBY ORDERED that the ADR deadline of August 5, 2016 is extended by thirty (30) days to September 4, 2016.

**IT IS SO ORDERED.**

DATED: July 27, 2016							_____
							        Judge
							        IT IS SO ORDERED
							        Judge Edward M. Chen

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525