**RIMAC MARTIN, P.C.**
ANNA M. MARTIN – State Bar No. 154279
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, CA  94115
Telephone:  (415) 561-8440
Facsimile:   (415) 561-8430
Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

**KANTOR & KANTOR, LLP**
GLENN R. KANTOR – CSBN 122643
Gkantor@kantorlaw.net
ALAN E. KASSAN – CSBN 113864
akassan@kantorlaw.net
MITCHELL O. HEFTER – CSBN 291985
mhefter@kantorlaw.net
19839 Nordoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272
Attorneys for Plaintiff
JACQUES ASLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUES ASLAN, <br><br> Plaintiff, <br><br> v. <br><br> LIFE INSURANCE COMPANY OF NORTH AMERICA, <br><br> Defendants. | CASE NO.: 3:16-cv-00576 EMC <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE OF LIFE INSURANCE COMPANY OF NORTH AMERICA AND ORDER THEREON** |

1

**STIP. OF DISMISSAL WITH PREJ. OF LIFE INSURANCE COMPANY OF NORTH AMERICA AND ORDER THEREON**
CASE NO.: 3:16-cv-00576 EMC

**IT IS HEREBY STIPULATED** by and between Plaintiff JACQUES ASLAN and Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA by and through their counsel of record herein, that the captioned action may be, and hereby is, dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

The parties shall bear their own respective attorney fees and costs of suit.

Counsel for the filing party hereby attests that concurrence in filing of this document has been obtained by the other signatory to this document. The conformed signature herein shall serve in lieu of their original signatures on this document. Upon order of the Court, this filing party shall produce records which support the concurrence of all signatories to this document.

**RIMAC MARTIN, P.C.**

DATED: September 6, 2016          By:   */S/ Anna M. Martin*
                                        ANNA M. MARTIN
                                        Attorneys for LINA


DATED: September 1, 2016          By:  */s/ Glenn R. Kantor*
                                        GLENN R. KANTOR
                                        Attorneys for Plaintiff
                                        JACQUES ASLAN

**IT IS SO ORDERED:**



9/13/2016

_____
EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

2

**STIP. OF DISMISSAL WITH PREJ. OF LIFE INSURANCE COMPANY OF NORTH AMERICA AND ORDER THEREON**
CASE NO.: 3:16-cv-00576 EMC